# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

143849

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARLON JERMELL HOWELL,
     Defendant-Appellant.

SC: 143849
COA: 300405
Wayne CC: 07-014023-FC
          07-011139-FH

_____/

     On order of the Court, the application for leave to appeal the August 16, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of the issue whether the trial court erred in amending the judgments of sentence to impose consecutive sentences. See MCR 6.435(A) and (B).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

Clerk

h0514